**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **MANUEL A. RIOS,** | |
|         **Plaintiff,** | |
| v. | **Civil Action No. 3:25-cv-203** |
| **NEW PRIME, INC.** | |
| and | |
| **NGANIO FOFANA,** | |
| and | |
| **JOHN DOE,** | |
|         **Defendants.** | |

## NOTICE OF REMOVAL

Defendant New Prime Inc. ("New Prime") and Defendant Nganio Fofana ("Fofana") (collectively "Defendants") by counsel, file this *Notice of Removal* as follows:

1. Plaintiff Manuel A. Rios, ("Plaintiff") filed his Virginia state court Complaint in the Circuit Court for the City of Richmond, Virginia, located at 400 North 9th Street, Richmond, Virginia 23219.

2. This is a civil action based on Plaintiff's contention that Defendants are liable or vicariously liable for negligence.

3. Plaintiff is a citizen of Virginia.

4. New Prime is a business entity that is incorporated and has its principal place of business in Springfield, Missouri.

5. Nganio Fofana is an individual and a citizen of Michigan.

6. Removal is proper because this case involves a suit between citizens of different states and the amount in controversy exceeds $75,000. This entire suit is removable under 28 U.S.C. § 1441(b) and 28 U.S.C. § 1446.

7. Venue is proper in this district under 28 U.S.C. 1446(a) because the state court where the suit has been pending is located in this district and division.

8. Removal is timely pursuant to 28 U.S.C. § 1446(b) because Defendants filed this Notice of Removal within 30 days of service of Plaintiff's state court pleading.

9. Pursuant to U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case has been attached as **Exhibit A**.

10. Both Defendants agree to removal and John Doe is named "in the event Defendant Fofano gave a false name or was not the driver" of the truck involved in the collision. Thus, no additional notice is required pursuant to 28 U.S.C. § 1446(b).

11. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Circuit Court for the City of Richmond, Virginia.

12. Plaintiff has requested a jury trial.

WHEREFORE, Defendants New Prime, Inc. and Nganio Fofana respectfully request that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted,

**NEW PRIME, INC.
& NGANIO FOFANA**

By Counsel

      /s/
Terrence L. Graves, Esq. (VSB No.32705)
A. Moshe Sherman, Esq. (VSB No.91068)
Sands Anderson PC
919 East Main Street, Suite 2300
P.O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: tgraves@sandsanderson.com
Email: msherman@sandsanderson.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of March 2025, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record and also mailed via U.S. first class mail, postage prepaid, and emailed a copy of the foregoing to:

      Colin P. O'Dawe, Esq. (VSB No. 74162)
      KALFUS & NACHMAN, PC
      870 N. Military Highway, Suite 300
      P. O. Box 12889
      Norfolk, VA 23541-0889
      Telephone: (757) 461-4900
      Facsimile: (757) 461-1518
      Email: cpo@knlegal.com
      *Counsel for Plaintiff*

      /s/